RECEIVED
IN ALEXANDRIA, LA.

APR 2 1 2014

TONY R. MOORE
BY_____
          DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

ANTHONY ATWATER          DOCKET NO. 1:13-CV-3255; SEC. P

VERSUS          JUDGE TRIMBLE

WARDEN CARVAJAL          MAGISTRATE JUDGE KIRK

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED THAT** the Petition for Writ of Habeas Corpus be **DISMISSED FOR LACK OF JURISDICTION.**

**THUS DONE AND SIGNED** at Alexandria, Louisiana, on this 21st day of April, 2014.

_____
JAMES T. TRIMBLE, JR.
U.S. DISTRICT JUDGE